# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 24-06858-SVW (DFM) | Date: | January 7, 2025 |
|---|---|---|---|
| Title | Tyree Fred Lee Davis v. Steven Mauchie et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | **(IN CHAMBERS) Order to Show Cause** |
|---|---|

On November 13, 2024, the Court dismissed Plaintiff's Complaint with leave to amend. See Dkt. 14. Plaintiff was instructed to elect one of the following options within thirty-five (35) days: voluntarily dismiss the case without prejudice, stand on the complaint, or file an amended complaint. See id. at 11-12. Plaintiff was told that failure to act could result in a recommendation of dismissal for failure to prosecute. See id. at 12.

The deadline has passed, and Plaintiff has not filed anything. It is Plaintiff's responsibility to move this case toward completion. **Accordingly, Plaintiff is ordered to show cause within twenty-one (21) days as to why this action should not be dismissed for lack of prosecution.** The Court will consider Plaintiff's filing of the Notice of Election form (attached to the dismissal Order) or an amended complaint as a satisfactory response. Failure to respond will result in a recommendation of dismissal.