JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TYREE FRED LEE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MNUCHIN et al.,<br><br>Defendant(s). | No. CV 24-06858-SRM (DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: April 2, 2025

_____
SERENA R. MURILLO
United States District Judge